■ JOSEPH P. CRUA, JR., et al., Appellants, v THOMAS YOUNGS, Respondent. [608 NYS2d 127] —Appeal from a judgment of the Supreme Court (Hughes, J.), entered December 8, 1992

in Schoharie County, upon a decision of the court in favor of defendant.

Judgment affirmed, upon the opinion of Justice Harold J. Hughes.

Mikoll, J. P., Yesawich Jr., Crew III, White and Mahoney, JJ., concur. Ordered that the judgment is affirmed, with costs.